**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7489**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

CRISHONE CRYSTAL JOHNSON,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.   James P. Jones, Chief District Judge.  (5:96-cr-30022-jpj-1)

_____

Submitted:  October 20, 2008        Decided:  November 4, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Crishone Crystal Johnson, Appellant Pro Se.   Sharon Burnham, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crishone Crystal Johnson appeals a district court order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and the district court opinion and affirm for the reasons cited by the district court. See United States v. Johnson, No. 5:96-cr-30022-jpj-1 (W.D. Va. July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED